BUCHALTER NEMER
A Professional Corporation
   BERNARD E. LE SAGE (State Bar No. 61870)
   SARAH K. ANDRUS (State Bar No. 174323)
1000 Wilshire Blvd., Fifteenth Floor
Los Angeles, CA 90017-5704
Tel: (213) 891-0700/Fax: (213) 896-0400

BUCHALTER NEMER
A Professional Corporation
   RICHARD C. DARWIN (State Bar No. 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
Tel: (415) 227-0900/Fax: (415) 227-0770

Attorneys for Defendants, AMERIQUEST MORTGAGE COMPANY and ARGENT MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA KNOX, ALBERT KNOX, MARIA TORRES, HELADIO ARELLANES AND MARIA ARELLANES on behalf of themselves and those similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, ARGENT MORTGAGE COMPANY, LLC, a Delaware Limited Liability Company, AND DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. C 05-00240 SC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS AMERIQUEST MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY TO FILE AND SERVE ANSWER TO FIRST AMENDED COMPLAINT AS MODIFIED BY COURT'S RULING ON MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>ORDER<br><br>Complaint Filed: 1/14/05 |

    Pursuant to Local Rule 6-1, plaintiffs Nona Knox, Albert Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes (collectively "Plaintiffs"), on the one hand, and defendants Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company ("Argent"), on the other, hereby stipulate to extend the deadline for Ameriquest and Argent to file and serve their answer to the First Amended Complaint, as modified by the Court's ruling on Defendants' Motion to Dismiss and Motion to Strike, until Wednesday, August 31, 2005.

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

1

C 05-00240 EDL

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

1    Other than as described above, the parties agree and stipulate that this extension shall not
2    alter the date of any event previously fixed by an Order of this Court.
3    SO STIPULATED.

4
5    DATED: August 23, 2005         BUCHALTER NEMER
                                     A Professional Corporation
6
7                                    By: /s/ Sarah
8                                        SARAH K. ANDRUS
                                         Attorneys for Defendants AMERIQUEST
9                                        MORTGAGE COMPANY and ARGENT
                                         MORTGAGE COMPANY
10

11   DATED: August ____, 2005        FENWICK & WEST LLP
12
13                                   By:_____
14                                       EMMETT C. STANTON
                                         Attorneys for Plaintiffs
15
16
17   BNFY 646719v1
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

2                                                    C 05-00240 EDL
STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

1      Other than as described above, the parties agree and stipulate that this extension shall not
2 alter the date of any event previously fixed by an Order of this Court.
3      SO STIPULATED.

4

5 DATED: August _____, 2005          BUCHALTER NEMER
                                           A Professional Corporation

By:_____
    SARAH K. ANDRUS
    Attorneys for Defendants AMERIQUEST
    MORTGAGE COMPANY and ARGENT
    MORTGAGE COMPANY

DATED: August 23, 2005            FENWICK & WEST LLP

By: _____
    EMMETT C. STANTON
    Attorneys for Plaintiffs

BNFY 646719v1

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 8/24/05]